IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN D. McLERNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO.10–CV-329-WDS |
| | ) |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| | ) |
| Defendant. | |

# O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to vacate the Court's Order of February 28, 2011, which dismissed the case with prejudice based upon the settlement of the action by the parties (See, Order at Doc. 29).

Upon review of the record, the Court **GRANTS** defendant's motion and **VACATES AND SETS ASIDE** the Court's 60 Day Order (Doc. 29) as improvidently entered.

The Court **HEREBY DISMISSES** the plaintiff's cause of action without prejudice. Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATE: March 8, 2011**

　　　　　　　　　　　　　　　　　　　　**/s/  WILLIAM D. STIEHL**
　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**